UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:
CHARLES EDWARD GANCIO                                            CASE NO. 18-52177
DEBTOR(S)

## MOTION TO MODIFY PLAN

Debtor, through counsel, hereby moves the Court to allow Charles Gancio to suspend the delinquent plan payments and modify the Chapter 13 plan based on changes to the Debtor's income. In support of this motion, the Debtor states that he has taken a new job. As a result of this job, he has been required to stop his Social Security. His household income is now derived from his employment and pension. The Debtor requests that his regular monthly payment be adjusted based on the Amended Schedules I and J filed herein, for the new monthly payment of $173.50 starting with the May 2022 payment. The Debtor further requests that the delinquent plan payments be suspended through April 2022. The suspended payments will be made up by adding $135.00 to the monthly payment for a total payment of $308.50 beginning with the May 2022 payment for the duration of the plan. Further, the Debtor has entered into a loan modification regarding his mortgage on his residence located at 795 Allendale Drive, Lexington, Kentucky, represented by Claim 7 filed by McCormick 105, LLC. This modification will satisfy all pre-petition arrearages listed in Claim 7. The Debtor requests that the Trustee be ordered to cease distributions pursuant to the arrearage claim listed in Claim 7.

WHEREFORE, the Debtor requests that his plan be modified to suspend the delinquent plan payments through April 2022, modify the monthly payment to $173.50 per month based on the Amended Schedules I and J. The suspended payments will be

made up by adding $135.00 to the monthly payment for a total monthly payment of $308.50 for the duration of the plan. The Debtor further requests that the Trustee be ordered to cease distribution pursuant to the arrearage claim listed in Claim 7.

>Respectfully submitted,
>/s/ Ryan Atkinson
>RYAN ATKINSON
>KY BAR ID: 86501
>Atkinson, Simms & Kermode, PLLC
>1608 Harrodsburg Road
>Lexington, KY 40504
>859-225-1745
>859-254-2012
>rra@ask-law.com
>Attorney for Debtor

## NOTICE

Please take notice that, unless within 21 days from the date of service of this order a response is filed the motion and a request for and notice of hearing on the response, an order may be entered sustaining the motion, permitting the debtor to modify the plan.

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing motion was served by mail upon, the creditors, the Hon. Beverly Burden and US Trustee of this 13th day of April 2022.

>/s/ Ryan Atkinson
>RYAN ATKINSON