**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-52177 |
| Charles Edward Gancio | Chapter 13 |
| Debtor(s). | Judge Tracey N. Wise |

**MOTION TO VACATE ORDER ON MOTION TO MODIFY PLAN (DOC 95)**

U.S. Bank Trust, N.A., as Trustee of BKPL-EG Series I Trust, by its servicer SN Servicing Corporation ("Movant,") by and through counsel, hereby files this Motion to Vacate Order on Motion to Modify Plan ("Motion"). The grounds for this Motion are set forth in the following memorandum.

In support of its Motion, Movant offers the attached memorandum.

**MEMORANDUM IN SUPPORT OF MOTION TO VACATE**

1.   On April 13, 2022, the Debtor filed a Motion to Modify Plan stating that "… the Debtor has entered into a loan modification regarding his mortgage located at 795 Allendale Drive, Lexington, Kentucky …" with Movant. Further, the Motion indicates that the Debtor requests that the Trustee be ordered to cease distributions on Movant's arrearage claim, as all arrearages are satisfied by the loan modification. Actually, the Debtor has not yet completed their trial modification. If and only if the trial modification is complete, will Creditor finalize the modification. Only upon finalization of the loan modification will the arrears be satisfied. The Debtor's Motion was granted on May 10, 2022.

2.   In addition to the aforementioned, Movant did not receive timely notice of the Debtor's Motion. In the Debtor's Motion, the Debtor refers to the mortgagee as McCormick 105, LLC. On August 12, 2021, Movant filed a Transfer of Claim indicating a proper service

address of "SN Servicing Corporation, 323 5th Street, Eureka, CA 95501." There is no indication that the Movant was served with the Debtor's Motion at the proper address. The May 31, 2022 Certificate of Service of the Order granting the Debtor's Motion does not indicate a proper service address for the Movant.

3. Movant seeks to vacate the court's May 10, 2022 Order under the provisions of Federal Rule of Bankruptcy Procedure 9024 which incorporates Federal Rule of Civil Procedure 60(b) (Rule 60) into practice under the Bankruptcy Code. The grounds necessary under this rule to relieve a party from a final judgment, order, or proceeding apply in this case: i.e. 1. mistake, inadvertence, surprise, or excusable neglect; 2. newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); 3. fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; 4. the judgment is void; 5. the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or 6. any other reason that justifies relief.

WHEREFORE, Movant requests that the Order granting the Debtor's Motion to Modify Plan, doc. 95, be vacated.

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (86802)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

## NOTICE

Please take notice that parties in interest, except for the Trustee as indicated in paragraph 9 of the motion, shall have Fourteen (14) days from the date of this motion within which to file a response to the motion and a request and notice of hearing on such response. If no response if timely filed, the order filed contemporaneously with this motion may be entered by the Court without a hearing on the motion.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on June 3, 2022.

**By Notice of Electronic Filing to:**

    Ryan R. Atkinson, Debtor's Counsel
    rra@ask-law.com

    Beverly M. Burden, Trustee
    Notices@Ch13EDKY.com

    Office of the U.S. Trustee
    ustpregion08.lx.ecf@usdoj.gov

**By United States mail to:**

    Charles Edward Gancio, Debtor
    795 Allendale Dr
    Lexington, KY 40503-1207

    /s/ Jon J. Lieberman
    Jon J. Lieberman (86802)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Movant