# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| In Re: | Case No. 18-52177 |
| Charles Edward Gancio | Chapter 13 |
| Debtor(s). | Judge Tracey N. Wise |

### ORDER SUSTAINING MOTION TO VACATE ORDER ON MOTION TO MODIFY PLAN (DOC 95)

This matter came to be considered on the Motion to Vacate Order on Motion to Modify Plan.

The parties have alleged that good cause exists for granting the Motion to Vacate Order on Motion to Modify Plan, and for this reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE ORDERED that the Motion to Vacate Order on Motion to Modify Plan is granted and the Order on Motion to Modify Plan is vacated.

This is a final and appealable order.

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (86802)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

Pursuant to Local Rule 9022-1(c), Attorney for Movant shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(c) and shall file with the court a certificate of service of the order upon such parties within seven (7) days hereof.

**DISTRIBUTION LIST**

Ryan R. Atkinson, Debtor's Counsel
rra@ask-law.com

Beverly M. Burden, Trustee
Notices@Ch13EDKY.com

Office of the U.S. Trustee
ustpregion08.lx.ecf@usdoj.gov

Charles Edward Gancio, Debtor
795 Allendale Dr
Lexington, KY 40503-1207

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Tuesday, June 21, 2022**
(tnw)